LINK: JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-4428 GAF (MANx) | Date | June 13, 2014 |
|---|---|---|---|
| Title | NAZARETH HAYSBERT v. EQUIFAX INFORMATION SERVICES, LLC, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Stephen Montes | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers)**

A Notice of Settlement was filed on April 29, 2014. (Docket #28)

On May 1, 2014, the Court issued a text only entry (Docket #29) ordering the parties to file a stipulation and proposed order dismissing the action on or before May 30, 2014 or, in the alternative a joint status report. On May 30, 2014, the parties filed their Joint Settlement Status Statement wherein they stated that following the delivery of the settlement check on June 2, 2104, the parties will promptly file a stipulated motion for dismissal with prejudice.

The text only entry specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time and no dismissal was filed.

To date, however, no dismissal has been filed with this Court. Accordingly, the Court hereby dismisses the action without prejudice for failure to respond to the Court's Order.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| | Initials of Preparer | SMO |